1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | DARRYL A. JACKSON, | Case No.  CV 20-4161 PA (SP) |
|---|---|---|
| 12 | Petitioner, | ORDER ACCEPTING IN PART AND DENYING IN PART FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| 13 | v. | |
| 14 | VON BLANCKENSEE, et al., | |
| 15 | Respondents. | |

16

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18 file, and the Report and Recommendation of the United States Magistrate Judge.
19 Further, the Court has engaged in a de novo review of those portions of the Report to
20 which petitioner and respondents have objected.  The Court accepts in part and
21 denies in part the findings and recommendation of the Magistrate Judge.
22      IT IS THEREFORE ORDERED that for the reasons set forth in Bolden v.
23 Ponce, 20 CV 03870 JFW MAA, 20 WL 2097751, at *1-2 (C.D. Cal. May 1, 2020)
24 ("living conditions" claim should have been brought as a civil rights complaint rather
25 than in a habeas petition) Respondents' Motion to Dismiss (Docket No. 6) is granted
26 to the extent it seeks dismissal on the grounds that the Court lacks jurisdiction over
27 Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  See
28

Smith, et al. v. Von Blanckensee, No. CV 20-4642-JVS JEM, 2020 WL 4370954, at *3 (C.D. Cal. July 2, 2020), report and recommendation adopted sub nom. Smith v. Blanckensee, No. CV 20-4642-JVS-JEM, 2020 WL 4368060 (C.D. Cal. July 30, 2020) ("To the extent Petitioners argue that their continued incarceration is in violation of their Eighth and Fifth Amendment rights and seek a sentence of time-served due to the conditions of confinement implemented during the COVID-19 pandemic, their 'request for relief exceeds the Courts jurisdiction under Section 2241' and must dismissed.") (citation omitted); Kutzner v. Ponce, No. CV 20-00927-JLS, Dkt. 19 at *2 (In Chambers) Order Dismissing Petition Without Prejudice and Denying Request for Alternative Relief at *1-2 (C.D. Cal. Aug. 11, 2020) ("because Petitioner's claim challenges his conditions of confinement, it is not properly brought as a 2441 petition," but holding that it could be refiled as a Bivens action after exhaustion of administrative remedies).  Accordingly, Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED:  August 19, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE