JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. JACKSON,<br><br>          Petitioner,<br><br>     v.<br><br>VON BLANCKENSEE, et al.,<br><br>          Respondents. | Case No.  CV 20-4161 PA (SP)<br><br>JUDGMENT |

Pursuant to the Order Accepting In Part and Denying In Part Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 19, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE